

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,606-01

### EX PARTE DAVID RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2013-CR-8655-W1 IN THE 226TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. KELLER, P.J., KEEL, and SLAUGHTER, J.J, dissented. YEARY, J. did not participate.

## O P I N I O N

Applicant was convicted of murder and sentenced to life imprisonment. The Fourth Court of Appeals affirmed his conviction. *Rodriguez v. State*, No. 04-14-00034-CR (Tex. App. — San Antonio, June 17, 2015). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Because the trial court cannot verify that appellate counsel complied with Texas Rules of

Appellate Procedure Rule 48.4, it recommends that relief be granted in the form of an out-of-time petition for discretionary review. We agree.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fourth Court of Appeals in cause number 04-14-00034-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 1, 2024
Do not publish